UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK COUNTY COUNCIL, as Administering Authority of the NORFOLK PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.,<br><br>　　　　　　　　　Defendant. | No. _____<br><br>PLAINTIFF NORFOLK PENSION FUND'S MOTION TO COMPEL THIRD PARTY MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. TO PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFF'S SUBPOENA *DUCES TECUM* |

1384995_1

Pursuant to Federal Rules of Civil Procedure 37 and 45 and Local Rule 37.1, plaintiff Norfolk County Council, as Administering Authority of the Norfolk Pension Fund ("Norfolk"), respectfully submits this motion to compel Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") to produce documents responsive to a subpoena issued by the United States District Court for the Central District of California in connection with an action pending in that district, *Hsingching Hsu v. Puma Biotechnology, Inc., et al.*, No. 8:15-cv-00865 AG (JCGx) (C.D. Cal.) (the "Underlying Litigation").

By this Motion, Norfolk makes a narrowly-tailored request for an order compelling Mintz Levin to: (a) produce unredacted copies of five redacted emails that are based on non-privileged communications with individuals or entities who are not Mintz Levin's clients, or alternatively submit them for *in camera* review; and (b) search for and produce all communications with Latham & Watkins LLP or Morgan Lewis & Bockius LLP regarding the Underlying Litigation. Such documents are responsive to Request Nos. 1-4 of Norfolk's subpoena.

In support of this Motion, Norfolk relies upon the memorandum of law in support of this Motion, the declaration of Theodore M. Hess-Mahan, and attached exhibits, submitted herewith.

In addition, pursuant to Federal Rule of Civil Procedure 45(f), Norfolk respectfully requests that the Court transfer its Motion to the United States District Court for the Central District of California at the earliest possible date for further proceedings. Norfolk's motion to transfer, memorandum of law, declaration and exhibits in support thereof, are filed concurrently herewith.

DATED: March 9, 2018                    HUTCHINGS BARSAMIAN MANDELCORN, LLP
                                        THEODORE M. HESS-MAHAN, BBO #557109


                                        */s/Theodore M. Hess-Mahan*
                                        THEODORE M. HESS-MAHAN

1384995_1

110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231
781/431-8276 (fax)
thess-mahan@hutchingsbarsamian.com

Local Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
SUSANNAH R. CONN*
J. MARCO JANOSKI GRAY*
DEBASHISH BAKSHI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiff

*Pro hac vice* motion to be filed

## CERTIFICATE OF CONFERENCE

In accordance with Local Rules 7.1(a)(2) and 37.1, the undersigned hereby certifies that counsel for Norfolk conferred with counsel for third party Mintz Levin and attempted in good faith to resolve or narrow the issues in dispute, but was unable to do so.

_____
J. MARCO JANOSKI GRAY