# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Application for Order Enforcing a Subpoena<br><br>v.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-mc-00047 DDP(MRWx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

| April 18, 2018 | Andrew J. Guilford  _(signature)_ |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __8:15-cv-00865 AG(SHKx)__ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Winer__ to Magistrate Judge __Kewalramani__.

On all documents subsequently filed in this case, please substitute the initials __AG(SHKx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:18-mc-00047__ AG(SHKx). This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ _Previous Judge_   ☐ _Statistics Clerk_

CV-34 (10/16)   **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)**