
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | SACV 15-00865-AG (SHK)<br>MC 18-00047-AG (SHK) | Date: | June 8, 2018 |
|---|---|---|---|
| Title: | *HsingChing Hsu v. Puma Biotechnology, Inc., et al*<br>*In Re Application for Order Enforcing Subpeona* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | XTR Recording |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Marco Janoski
Tor Gronbor
Debashish Bakshi

Attorney(s) Present for Defendant(s):

Colleen Smith
Craig TenBroek

Attorney(s) Present for Interested Party:

Lucy Wang
Charlene Shimada

Attorney(s) Present for 3rd Party Defendant:

Jack Sylvia
Eric Eastham

**Proceedings:**   **TELEPHONIC STATUS CONFERENCE: RE DISCOVERY PRODUCTION OF DOCUMENTS**

On June 8, 2018, the Court held a telephonic status conference regarding the production of documents dispute between Plaintiff and, third party, the Mintz Levin law firm.  Attorneys Marco Janoski, Tor Gronbor and Debashish Bakshi appeared on behalf of Plaintiff.  Attorneys Colleen Smith and Craig TenBroeck appeared on behalf of Defendants.  Attorneys Lucy Wang and Charlene Shimada appeared on behalf of JP Morgan Interested Parties.  Attorney Jack Sylvia and Eric Eastham appeared on behalf of third party defendants.  Attorney Marco Janoski argued on behalf of Plaintiff and Jack Sylvia argued on behalf of Mintz Levin.  The Court heard arguments as to the remaining issues.  With respect to documents at issue ending with Bate Numbers 37, 81, 321, 328 and 495 the Court **ORDERS** counsel for Mintz Levin to file with the Court the redacted documents by **Tuesday, June 12, 2018.**  The unredacted portions of those same documents shall be sent via email to SHK_Chambers@cacd.uscourts.gov to allow the Court to conduct an *in camera* review.

/ / /
/ / /

| Page 1 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk | DC |
|---|---|---|---|
| | | Time in Court | 1 :15 |

      As such the Court will take the matter under submission as well as the remaining discovery dispute issues, specifically the Morgan Lewis documents and whether the common interest doctrine applies.  Furthermore, the Court **DENIES** the Application for an Order Enforcing Subpoena, Electronic Case Filing Number ("ECF No.") 1 in related case 2:18MC00047-AG-SHK as duplicative of the pending motions in the above referenced case, and will address the remaining issues in its related case, 8:15CV00865-AG-SHK.

**IT IS SO ORDERED**

| | | |
|---|---|---|
| Page **2** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk | DC |
| | | Time in Court | 1 :15 |